UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMEKO D. MEEKS; STEPHEN F. MEEKS, JR., | No. 2:13-cv-1261 KJM DAD PS |
| Plaintiffs, | ORDER |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |

      Plaintiffs Temeko Meeks and Stephen Meeks are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  Plaintiffs have requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

      Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a).  In addition, a $50.00 general administrative fee for civil cases must also be paid. 28 U.S.C. § 1914(b).  The court may authorize the commencement of an action "without prepayment of fees . . . by a person who submits an affidavit" showing that he is unable to pay such fees. 28 U.S.C. § 1915(a).

/////

/////

1

Here, plaintiffs' in forma pauperis application reflects that plaintiffs' monthly net wages are $3,283.28, or $39,399.36 a year, that they own their vehicle outright and that their monthly expenses are approximately $2,831.[1]  (Doc. No. 2 at 2.)

In light of plaintiffs' stated financial situation, the court finds that plaintiffs have failed to show that they are unable to pay the filing fees.  Thus, plaintiffs have made an inadequate showing of indigency.  See Olivares v. Marshall, 59 F.3d 109, 111 (9th Cir. 1995) ("Requiring the payment of fees according to a plaintiff's ability to pay serves the dual aims of defraying some of the judicial costs of litigation and screening out frivolous claims.")  Plaintiffs will therefore be granted twenty-one days in which to submit the appropriate filing fee to the Clerk of the Court.  Plaintiffs are cautioned that failure to pay the fee will result in a recommendation that the application to proceed in forma pauperis be denied and that the instant action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, plaintiffs shall submit the appropriate filing fee.  Failure to comply with this order in a timely manner may result in a recommendation that this action be dismissed.

Dated:  October 1, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\meeks1261.ifp.den.ord

---

[1] Plaintiffs estimated that their monthly utility bill ranged from $150 to $280.  In reaching the $2,831 monthly expense amount the court assumed plaintiffs' monthly utility bill was the higher amount of $280.

2