UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMEKO D. MEEKS; STEPHEN F. MEEKS, JR., | No. 2:13-cv-1261 KJM DAD PS |
| Plaintiffs, | ORDER |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |

Plaintiffs Temeko Meeks and Stephen Meeks are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Plaintiffs have requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must also be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees . . . by a person who submits an affidavit" showing that he is unable to pay such fees. 28 U.S.C. § 1915(a).

/////

/////

1

1    Here, plaintiffs' in forma pauperis application reflects that plaintiffs' monthly net
2    wages are $3,283.28, or $39,399.36 a year, that they own their vehicle outright and that their
3    monthly expenses are approximately $2,831.[1]  (Doc. No. 2 at 2.)
4    In light of plaintiffs' stated financial situation, the court finds that plaintiffs have
5    failed to show that they are unable to pay the filing fees.  Thus, plaintiffs have made an
6    inadequate showing of indigency.  See Olivares v. Marshall, 59 F.3d 109, 111 (9th Cir. 1995)
7    ("Requiring the payment of fees according to a plaintiff's ability to pay serves the dual aims of
8    defraying some of the judicial costs of litigation and screening out frivolous claims.")  Plaintiffs
9    will therefore be granted twenty-one days in which to submit the appropriate filing fee to the
10   Clerk of the Court.  Plaintiffs are cautioned that failure to pay the fee will result in a
11   recommendation that the application to proceed in forma pauperis be denied and that the instant
12   action be dismissed without prejudice.
13   Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the
14   date of this order, plaintiffs shall submit the appropriate filing fee.  Failure to comply with this
15   order in a timely manner may result in a recommendation that this action be dismissed.
16   Dated: October 1, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\meeks1261.ifp.den.ord

---

[1] Plaintiffs estimated that their monthly utility bill ranged from $150 to $280.  In reaching the $2,831 monthly expense amount the court assumed plaintiffs' monthly utility bill was the higher amount of $280.