UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMEKO D. MEEKS; STEPHEN F. MEEKS, JR., | No. 2:13-cv-1261 KJM DAD PS |
| Plaintiffs, | ORDER |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |

Plaintiffs Temeko Meeks and Stephen Meeks are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On October 1, 2013, the undersigned issued an order ordering plaintiffs to submit the appropriate filing fee to commence this action within twenty-one days. (Doc. No. 3.) The twenty-one day period has expired and plaintiffs have failed to respond to the court's order in any manner.

However, in light of plaintiffs' pro se status and in the interests of justice, the court will provide plaintiffs with an opportunity to show good cause for their conduct and explain why this action should not be dismissed for lack of prosecution.

/////

1

Accordingly, the court HEREBY ORDERS that plaintiffs show cause in writing within fourteen days of the date of this order why this case should not be dismissed for lack of prosecution. Failure to timely file the required writing will result in a recommendation that this case be dismissed.

Dated: November 21, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\meeks1261.osc.ord

2