UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEMEKO D. MEEKS; STEPHEN F. MEEKS, JR.,

        Plaintiffs,

   v.

WELLS FARGO BANK,

        Defendant.

No. 2:13-cv-1261 KJM DAD PS

ORDER

      Plaintiffs Temeko Meeks and Stephen Meeks are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

      On October 1, 2013, the undersigned issued an order finding that plaintiffs' application to proceed in forma pauperis failed to show why plaintiffs were unable to pay the filing fees necessary to commence this action and ordering plaintiffs to submit the appropriate filing fee within twenty-one days. (Dkt. No. 3.) The twenty-one day period expired and plaintiffs failed to respond to the court's order in any manner.

      Accordingly, on November 22, 2013, the undersigned issued an order to show cause as to why this action should not be dismissed for lack of prosecution. (Dkt. No. 4.) On December 3, 2013 and December 5, 2013, plaintiffs filed responses stating that after they filed

1

their application for leave to proceed in forma pauperis, plaintiffs were in a vehicle accident that resulted in a worsening of their financial situation. (Dkt. Nos. 5 & 6.)

Accordingly, the court HEREBY ORDERS that within twenty-one days of the date of this order each plaintiff shall submit a current application to proceed in forma pauperis. Failure to timely file the required applications will result in a recommendation that this case be dismissed for failure to prosecute and to abide by court orders.

Dated: December 11, 2013

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\meeks1261.re.ifp.ord