1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TEMEKO D. MEEKS; STEPHEN F.              No.  2:13-cv-1261 KJM DAD PS
     MEEKS, JR.,
12

13              Plaintiffs,                   ORDER

14        v.

15   WELLS FARGO BANK,

16              Defendant.

17

18          Plaintiffs Temeko Meeks and Stephen Meeks are proceeding in this action pro se.

19   This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28

20   U.S.C. § 636(b)(1).

21          On October 1, 2013, the undersigned issued an order finding that plaintiffs'

22   application to proceed in forma pauperis failed to show why plaintiffs were unable to pay the

23   filing fees necessary to commence this action and ordering plaintiffs to submit the appropriate

24   filing fee within twenty-one days.  (Dkt. No. 3.)  The twenty-one day period expired and plaintiffs

25   failed to respond to the court's order in any manner.

26          Accordingly, on November 22, 2013, the undersigned issued an order to show

27   cause as to why this action should not be dismissed for lack of prosecution.  (Dkt. No. 4.)  On

28   December 3, 2013 and December 5, 2013, plaintiffs filed responses stating that after they filed

1

1   their application for leave to proceed in forma pauperis, plaintiffs were in a vehicle accident that

2   resulted in a worsening of their financial situation.  (Dkt. Nos. 5 & 6.)

3           Accordingly, the court HEREBY ORDERS that within twenty-one days of the

4   date of this order each plaintiff shall submit a current application to proceed in forma pauperis.

5   Failure to timely file the required applications will result in a recommendation that this case be

6   dismissed for failure to prosecute and to abide by court orders.

7   Dated:  December 11, 2013

8

9   _____
    DALE A. DROZD
10  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15  DAD:6
    Ddad1\orders.pro se\meeks1261.re.ifp.ord
16

17

18

19

20

21

22

23

24

25

26

27

28
                                      2